# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2015-0580, <u>Raymond E. Ladebush & a. v. HSBC Mortgage Corporation & a.</u>, the court on April 29, 2016, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiffs, Raymond E. Ladebush and Karen A. Ladebush, appeal orders of the Superior Court (<u>Houran</u> and <u>Brown</u>, JJ.) dismissing some of their claims and, on the remaining claims, entering summary judgment for the defendants, HSBC Mortgage Corporation, Beneficial New Hampshire, Inc., s/b/m to Beneficial Mortgage Co. of New Hampshire, and HSBC Mortgage Services, Inc., relating to a foreclosure on the plaintiffs' property.

The plaintiffs argue that the trial court erred in: (1) ruling that the defendants obtained the right to enforce their predecessor's contract as a result of a merger; (2) finding that the parties' loan agreement was assignable; (3) ruling that the defendants could enforce the loan agreement; (4) finding that the answers of HSBC Mortgage Services, Inc., to the plaintiffs' allegations had the effect of a denial; (5) dismissing the claims against HSBC Mortgage Services, Inc., despite its alleged admissions; and (6) denying the plaintiffs' motions for contempt.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned orders, the plaintiffs' challenges to them, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**